IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re                              *

RANDY BARTEL CURRY,      *          CASE NO. 09-11812

Debtor.                        *

**YOU MAY NEED TO FILE A RESPONSE TO THIS DOCUMENT WITHIN 10 DAYS FROM THE DATE YOU RECEIVE IT. PLEASE CONSULT AN ATTORNEY OR OBTAIN A COPY OF LOCAL RULE 4001 FROM THE BANKRUPTCY COURT, 201 ST LOUIS STREET, MOBILE, ALABAMA 36602, (334) 441-5391.**

## MOTION FOR RELIEF FROM STAY

Comes now Big Swell, Inc., as Trustee of the Living Trust of Harris Friedlander, and respectfully moves the Court for relief from Stay to proceed with a garnishment against Deborah Curry, co-debtor of Randy Bartel Curry, and as grounds therefore says as follows:

1. This Creditor has a judgment against both the Debtor in the instant case, Randy B. Curry, and his spouse, Deborah Curry.

2. Said judgment was recorded in the records of the Judge of Probate on September 30, 2003 and constitutes a secured lien on the property of the instant debtor;

3. The Plan fails to provide payment in full for the secured debt or adequate protection for the lien it secures.

4. There is a pending garnishment against Deborah Curry and, as the debtor's proposed plan fails to provide for full payment of the subject debt, relief from stay should be granted to allow this creditor to attempt to collect the balance through the

garnishment.

WHEREFORE Petitioner prays for an Order granting relief from stay to continue the garnishment as aforesaid.

s/Nathan P. Friedlander
NATHAN P. FRIEDLANDER (FRIEN2394)
Attorney at Law
Post Office Box 352
Mobile, AL 36601
(251) 694-1665

## CERTIFICATE OF SERVICE

I, Nathan P. Friedlander, do hereby certify that I have on this the 5th day of May, 2009, served a copy of the above and foregoing pleading on HERMAN D. PADGETT, 4317 Downtowner Loop North, Mobile, AL 36609, JOHN C. MCALEER, III, P.O. Box 1884, Mobile, AL 36633, and RANDY BARTEL CURRY, 6759 Biltmore Court, Mobile, AL 36695 by mailing a copy of same by United States mail, first class postage prepaid.

s/Nathan P. Friedlander
Nathan P. Friedlander
